# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0001
_____

ERNIE MORRIS ENTERPRISES,
INC.,

    Petitioner,

    v.

CONTRAX FURNISHINGS, LLC,
METEOR EDUCATION, LLC, and
GREG S. CAVE,

    Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


March 29, 2019


PER CURIAM.

    The petition for writ of prohibition is denied on the merits.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

J. Robert McCormack and Lara J. Peppard of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Tampa, for Petitioner.

Seldon J. Childers and James W. Kirkconnell of Childers Law, LLC, Gainesville, for Respondents.